

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00384-CV

MAGGIE BANNER KERR, INDIVIDUALLY AND AS ASSIGNEE OF WILLIAM CY "CHICO" BANNER, AND SANDY BANNER, INDEPENDENT EXECUTRIX OF THE ESTATE OF WILSON HARDIN "CY" BANNER, APPELLANTS

V.

APACHE CORPORATION, APPELLEE

On Appeal from the 51st District Court
Tom Green County, Texas
Trial Court No. A160499C, Honorable Carmen Symes Dusek, Presiding

December 5, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is the Agreed Motion to Dismiss the pending appeal filed by appellants and appellee. Without passing on the merits of the appeal, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam